## TRUSTEE'S CONFIRMATION REPORT – 11/15/17

**DEBTOR:** Elroy Clark, Jr.  **CASE NO.:** 17-20309-PRW
**ATTORNEY:** George Mitris, Esq.  **ATTORNEY FEES:** $ 5000
**Additional Attorney Fees:** $

I. **TRUSTEE RECOMMENDATION:** \_\_\_\_\_ Plan Recommended  **__X__** Plan Not Recommended

II. **PLAN FILED DATE:** 3/29/17 (ECF BK No. 2 )
   A. **PAYMENTS:** $3000  per month voluntarily

   B. **REPAYMENT:**
       To secured creditors     $104,638    with interest $135,442
       To priority creditors    $ 14,529
       To unsecured creditors   $ 14,029    est. 70 %
       General unsecured debt   $ 19,803
       Duration of Plan              5      years
       Total Scheduled Debt    $360,728    incl. mortgages

   C. **FEASIBILITY:**
       Monthly Income          $5441.50    (net) $5805.50    (gross)
       Less Estimated Expenses $2441.00
       Excess for Wage Plan    $3000.50

   D. **OBJECTIONS to Confirmation:** 1. The task list filed on 8/30/17, at ECF BK No. 31, has not been completed.
       2. The plan does not satisfy the liquidation test.
       3. The plan does not address all of the filed secured claims.
       4. A claim must be filed for the judgment creditors who are to be paid.

   E. **Other comments:**
       ☐ risk factor 3 because of prior bankruptcies
       ☐ need judgments removed              ☐ need mortgages eliminated
       ☐ need appraisals of real estate and personal property   ☐ need motions to value collateral
       ☐ need certification of post petition DSO payments.      ☐ need proof of surrender efforts
       ☒ other: The above figures assume payment of all of the secured claims with the proper rates of interest.

III. TREATMENT OF SECURED CLAIMS/LEASE ARREARS:

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| Amer Tax Funding | $3315.69 | R/P taxes | Yes | Full + 18% | $93.51 |
| Amer Tax Funding | $2644.18 | R/P taxes | Yes | Full + 0% | $47.74 |
| Amer Tax Funding | $5193.44 | R/P taxes | Yes | Full + 18% | $146.46 |
| Amer Tax Funding | $2080.55 | R/P taxes | Yes | Full + 12% | $51.04 |
| Amer Tax Funding | $5143.02 | R/P taxes | Yes | Full + 0% $ | $91.35 |
| City of Rochester | $6047.39 | R/P taxes | Yes | $879.99 + 0% | $113.17 |
| City of Rochester | | | | $5167.40 + 12% | $136.43 |
| City of Rochester | $7823.97 | R/P taxes | Yes | $1712.11 + 0% | $146.47 |
| City of Rochester | | | | $6111.86 + 12% | $166.67 |
| City of Rochester | $7610.19 | R/P taxes | Yes | $1182.94 + 0% | $142.40 |
| City of Rochester | | | | $6427.25 + 12% | $187.04 |
| Duane Johnson, Jose Garcia and Carl Jaso | No claim | Judgment | Yes | $950.00 + 6% | $20.38 |
| Monroe Cty Treas | $3667.73 | R/P taxes | Yes | Full + 18% | $94.00 |
| Propel Fin Svcs | $7581.71 | R/P taxes | Yes | Full + 18% | $152.29 |
| Propel Fin Svcs | $5825.49 | R/P taxes | Yes | Full + 18% | $141.01 |
| Propel Fin Svcs | $4817.64 | R/P taxes | Yes | Full + 18% | $84.61 |
| US Bank/Tower DBWII | $8564.00 | R/P taxes | Yes | $4852.51 + 18% | $136.92 |
| US Bank/Tower DBWII | | | | $3712.17 + 0% | $65.89 |
| US Bank/Tower DBWII | $9431.28 | R/P taxes | Yes | $5343.50 + 18% | $150.74 |
| US Bank/Tower DBWII | | | | $4087.78 + 0% | $72.62 |
| Bayview Financial | $207,192.00 | Arrears | Yes | None (POC: $17,000.00) | |
| City of Rochester | $179.69 | Water lien | Yes | None | |
| City of Rochester | $426.53 | Water lien | Yes | None | |
| City of Rochester | $585.29 | Water lien | Yes | None | |
| Cheswold | $537.71 | R/P taxes | Yes | None | |
| Cheswold | $2368.16 | R/P taxes | Yes | None | |
| Cheswold | $2842.15 | R/P taxes | Yes | None | |

IV. **SPECIAL PLAN PROVISIONS:**

   A.    CLASSIFICATION of unsecured creditors: *Not applicable*
           Class 1:     %   $
           Class 2:     %   $
           Class 3      %   $

   B.    Rejection of executory contracts:

   C.    Other Plan Provisions:


V. **BEST INTEREST TEST:**
   A.    All assets were listed.
   B.    Total market value of assets:                 $374,032
        Less valid liens         $294,830
        Less exempt property    $ 22,391
        (Available for judgment liens )
        Subtotal                  $ 56,811
        Less est. Chapter 7 fees   $  6,091
   C.    Total available in liquidation             $50,720
   D.    Best interests including present value    $56,046
        Less priority claims              $14,529
        (Support $           )
   E.    Amount due to unsecured               $41,517
   F.    Amount to be distributed to unsecured creditors    $14,029

   G.    Nature of major non-exempt assets:


VI. **OTHER:**
   A.    Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
   B.    Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
   C.    (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
   D.    Debtor requests no wage order because: _____ disability or retirement, _____ self employed, _____ risk of job loss, _____ other
   E.    Converted from Chapter 7 because: Non Applicable.


                                              /S/_____
                                              **GEORGE M. REIBER, TRUSTEE**