UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: Elroy Clark, Jr.

Case No.: 17-20309-PRW
Chapter 13

Debtor

# ORDER
## CONFIRMING CHAPTER 13 PLAN

The Chapter 13 Plan filed by the Debtor(s) on **March 1, 2019** (ECF No. 127), having been transmitted to all creditors, and the Court having determined that the Plan meets each of the requirements of II U.S.C. §1325(a), and all objections to confirmation having been heard and determined;
**It is ORDERED, that:**

(I) The Plan as filed or modified is CONFIRMED;

(2) Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order from this Court;

(3) All funds received by or in possession of the Chapter 13 Trustee after the date of the entry of an order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

DATED: April 25, 2019
Rochester, New York

HON. PAUL R. WARREN
United States Bankruptcy Judge